Roberts Numbering Machine Company, Inc., Respondent, *v.*
Black Heat Electric Corporation, Appellant.

Argued February 28, 1950; decided April 6, 1950.

*Bernard A. Finkel, William S. Bennet* and *Victor House* for appellant.

*Henry W. Steingarten* and *Louis C. Bernst* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.